TMS: USAO 2022R00523

KOG 1.9.23

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

1/13/2023
CLERK'S OFFICE
AT GREENBELT
BY _____ , DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. 1:23-CR-00014-RDB |
| v. | * |
| | * (Interstate Communication Containing |
| JUSTIN KUCHTA, | * a Threat to Harm, 18 U.S.C. § 875(c); |
| | * Forfeiture, 18 U.S.C. § 981(a)(1)(C), 21 |
| Defendant | * U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| | * |

\*\*\*\*\*\*\*

## INFORMATION

### COUNT ONE
**(Interstate Communication Containing a Threat to Harm)**

The United States Attorney for the District of Maryland charges that:

On or about July 18, 2022, in the District of Maryland and elsewhere, the defendant,

**JUSTIN KUCHTA,**

knowingly and willfully did transmit and cause to be transmitted in interstate and foreign commerce from the State of Maryland to the State of Texas, a communication that contained a threat to injure the person of another, to wit: a communication made by electronic mail in which the Defendant threatened to murder Member of Congress 1, a member of the United States Congress.

18 U.S.C. § 875(c)

*Erek L. Barron* (TMS)

Erek L. Barron
United States Attorney

Date: January 9, 2023