LAW OFFICES

# FISCHER & PUTZI, P.A.

SUITE 300, EMPIRE TOWERS
7310 RITCHIE HIGHWAY
GLEN BURNIE, MD 21061
**410-787-0826**
www.fischerputzilawfirm.com

DAVID W. FISCHER
DAVID P. PUTZI

FACSIMILE
410-787-1853

April 25, 2023

Honorable Richard D. Bennett
United States District Court
101 W. Lombard Street
Baltimore, MD 21201

    Re:    **United States v. Justin Kuchta**
              Criminal No.  23-14-RDB

Your Honor:

    Enclosed for your review are several character reference letters on behalf of my client, Justin Kuchta, who is scheduled for sentencing before your Honor on April 27, 2023.

    Thank you for your attention to this matter.

                                      Yours truly,

                                      David W. Fischer, Esq.

DWF/amw
Enclosures
cc: USAO

April 18, 2023


The Honorable Richard D. Bennett
United States District Court of Maryland
101 West Lombard Street
Chambers 5D
Baltimore, MD. 21201

Re: United States v. Justin D. Kuchta
Case Number: 22-2526 BPG
Scheduled sentencing on April 27, 2023, at 11:00 a.m.
United States District Court for the District of Maryland

Dear Honorable Richard D. Bennett:

This letter is written by both my husband, Russell, and I regarding Justin Douglass Kuchta and what we know of him. We have known the Kuchta family for close to 30 years. In those years we have watched Justin grow to become a wonderful young man. He has always been respectful, quiet, kind, always ready with a helping hand for his family and friends. We have not seen Justin show any type of aggression towards anyone or exhibit irrational tendencies. He is a quiet person who I believe stays out of any kind of conflicts.

We love him and his mother and brothers. They are good people who have had their share of struggles in life. We have watched them pull through with strength and faith. They are quick to jump in to help each other and their friends. We have watched them grow up and we are proud of them.

Justin is a good person. What he is being accused of in not behavior that we have ever seen him display in our nearly 3 decades of interacting with him. Our prayer is that the courts will see through this uncharacteristic action and show mercy on him.


Respectfully,


Rev. Russell J. Rathier, Pastor
Grace Bible Church, Stowe Vermont 05672
Julie Rathier
24 Osborne Road
Barre, VT 05641
443-994-2632/443-994-2622
pastorrusswbc@gmail.com/jrathier9091@gmail.com

Jason Booze
2742 S Joplin Ave
Tulsa, OK 74114
jasonbooze@gmail.com
918-699-9946


April 21, 2023


Re: United States v. Justin Kutcha


To whom it may concern,


I have known Justin for 30 plus years. We grew up in the same neighborhood, went to the same schools, and we regularly spent time together along with our respective brothers. This friendship has continued through childhood, adolescence, and into our current adulthood. Pre-covid my family had an annual beach week get together which took place in Wilmington, NC at my mother & stepfather's house. Justin has been an integral part of that annual tradition for the past 25 years. He became part of our family. I know Justin to be a kind-hearted, joyful, and giving person. While I was visiting Maryland in August of 2016 Justin mentioned to me that he had purchased a brand-new pair of shoes that I might like and that I should try them on. So, I did. They looked great and fit perfectly. I still have and regularly wear that pair of shoes. They are my go-to footwear for all of my live musical performances. The shoes are comfy and stylish, but more importantly, they remind me of Justin every time I put them on. Justin is someone that I feel privileged to know and my life is more enriched because of it.


Sincerely,

*[signature]*

Jason Booze

April 24, 2023

Honorable Judge,

I am writing today in support of Justin Kuchta. Mr. Kuchta was my colleague for several years and provided direct IT support to me and my work unit. As a manager, I always found Justin helpful, polite and very respectful. He was very personable when responding to my concerns, which is not always the case with IT professionals. Even in our few non-work related conversations he was always very affable.

In life we make mistakes, some of which alter our lives forever. Additionally, the last few years have been a challenge for many Americans who have struggled with the stresses of life. I respectfully ask that these things be taken into consideration as it relates to Mr. Kuchta.

Regards,

*[signature]*

Monica Wheatley

WheatleyM70@gmail.com

4/18/2023                  Kyle Baker
RE: United States v. Justin D. Kuchta             1218 N. Myers St.
                 Burbank, CA. 91506
                 818-653-8748
                 Kyle.baker818@gmail.com

Dear Your Honor,

I've known Justin Kuchta for over 32 years and I consider him family. We met when I was 8 years old when he went by "JD", he was my first friend in Maryland and we've been friends since. I still call him JD even though he's long since switched to Justin. He's always been a positive force in my life and helped me through many tough times even though we haven't lived in the same state since I was 16 years old. My family moved a lot and while I've lost track of countless friends, JD has always been there. I've spent much of my adult life working for or volunteering at non-profits, helping at-risk youth and animals and I can trace that back to help that I received from JD.

After my family moving to Pennsylvania for my junior year of high school I was not only depressed but angry and lashing out. I was involved with a group that was enabling all the wrong paths and would have landed me in a court room or worse one day. When JD found out he hopped in the car with 2 of our friends and drove from Annapolis to North East Philadelphia to surprise me one weekend. We had the equivalent of an intervention before any of us even knew what that was. I can't say I turned around instantly but his involvement in my life got me back on a better path. That was over 24 years ago and since then JD, those two friends and I have got together almost every year for our "family vacation". Whether that was to just catch up or help one of us move, celebrate birthdays, wedding, birth of a child, etc. we've always made time for each other. JD has always been the positive one that put others ahead of himself and is ready to help. We have all been there for each other and for me that started with JD making a drive that most wouldn't have.

The pandemic has affected all of us in different ways. We haven't gotten together like we used to for the past 3 years and I regret not being a better friend through these times. While that is no excuse for his actions and justice must be served, I implore you to use his gifts to serve others rather than serving time. He has the ability to be a light when people need it most and I wish I could have been that for him in his time of need. Please accept this humble and heartfelt request for leniency for a man that has helped me and in turn, allowed me to help others. Thank you for your time and consideration.

Sincerely,

*[signature]*

To Whom It May Concern,

I am writing this character reference letter on behalf of Justin Kuchta, a friendly, selfless and hard-working individual whom I have had the pleasure of knowing for over five years.

I met Justin in 2017 while working in the General Accounting Division of the Maryland Comptroller's Office. In all the time that I have known Justin, he has consistently demonstrated his dedication and commitment to performing his work duties at a high caliber through close collaboration with his colleagues. He possesses a strong work ethic, a positive attitude and a knack for solving complex problems, which have made him an invaluable member of the teams he's been a part of while at the Comptroller's Office. Whenever I reached out to him with an IT question or issue, he always promptly responded with actionable steps to resolve the problem, and would follow-up with me to check whether I had any other issues that he could assist with.

One of Justin's most striking attributes is his ability to work well with others. He is a very sociable and approachable person who is always willing to lend a helping hand to anyone who needs it, both in the workplace and outside of it. I've witnessed Justin go out of his way to help co-workers (for example, helping a colleague move out of their apartment or covering the office so that his co-workers could spend time with their families). I've also been the beneficiary of his generosity and selflessness on countless occasions.

When I was in a tough spot financially and couldn't afford to take my car into an auto shop, Justin performed several much-needed repairs on my car that saved me time and money. When I offered to compensate him for the work he performed, he refused to accept payment from me, telling me not to worry about it.

As a new employee at the Comptroller's Office, I was placed on a two-year waitlist to receive a pass to park at the garage across the street from our building. I had to park further away and either walk 20 minutes to my office, or ride a crowded shuttle that often didn't have enough seats for every rider. Justin kindly offered to give me a ride to my car every evening so that I didn't have to worry about missing my shuttle or walking 20 minutes to my car in the dark. In fact, he often gave other new co-workers a ride to their cars who, like myself, had to park farther away until they received a parking pass.

I can also recall on two separate occasions when my car wouldn't start as I was preparing to go home for the day. When I told Justin, he graciously drove back (despite already reaching home) to jump-start my car so I wouldn't have to wait a long time in the cold to receive roadside assistance from my insurance company. The second time my car needed a jump start after work, he had been working remotely from home, but that didn't stop him from driving to our workplace just to jumpstart my car (again). That's just the type of person he is, very generous with his time and always willing to help someone in need.

He has an infectious positivity that is contagious, and has a unique way of making everyone around him feel comfortable and valued. He was well-loved by everyone in our office and

established a good rapport with staff in other offices by troubleshooting IT issues in a prompt and efficient manner.

Justin is someone who is never afraid to take on new challenges or to test out different approaches until an issue is resolved. He has always been eager to learn and to improve, and that made him a valuable asset within the Comptroller's Office because of his willingness to step up and tackle problems that others on his team were hesitant to take on.

In summary, I firmly attest Justin to be a personable, lighthearted, caring person and an exceptionally dedicated worker. I can be reached by phone at (443) 794-3394 and by email at sgoodman837@gmail.com if additional information is needed.

Sincerely,

Susannah Goodman